UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD TURNBULL,

                Plaintiff,

    - against -

JPMORGAN CHASE & CO.,

                Defendant.

21-cv-3217 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff may file an amended complaint or advise the Court that no amended complaint is being filed at this time by June 23, 2021. The time for the defendant to move or answer is extended to July 16, 2021. The plaintiff will respond to any motion to dismiss by August 6, 2021. The defendant will reply by August 18, 2021. Discovery is stayed pending any decision on a motion to dismiss if any such motion is filed.

SO ORDERED.

Dated:   New York, New York
         June 16, 2021

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                              United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2021
```