```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

DONALD TURNBULL,

               Plaintiff,        21-cv-3217 (JGK)

  - against -               ORDER

JPMORGAN CHASE & CO.,

               Defendant.

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties should address the question whether this action should be dismissed for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). See Daly v. Citigroup Inc., 939 F.3d 415, 425-28 (2d Cir. 2019).

    Briefs of no more than 10 pages should be submitted by January 10, 2022. Responsive briefs of no more than 5 pages should be submitted by January 17, 2022.

SO ORDERED.

Dated:    New York, New York
         December 20, 2021

                                               /s/ John G. Koeltl
                                               John G. Koeltl
                                    United States District Judge