# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD TURNBULL,

        Plaintiff,             Civil Action No. 1:21-cv-03217-JGK

     -against-

JPMORGAN CHASE & CO.,

        Defendant.

## <u>JOINT STIPULATION AND ORDER</u>

1.     On December 20, 2021, this Court issued an Order directing the parties to "address the question whether this action should be dismissed for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1)." ECF 35 (citing *Daly v. Citigroup Inc.*, 939 F.3d 415, 425-428 (2d Cir. 2019) (finding that a plaintiff asserting whistleblower claims under the Sarbanes-Oxley Act ("SOX") must first exhaust administrative remedies and that administrative exhaustion requirements are a jurisdictional prerequisite to a SOX suit in federal court)).

2.     The parties have conferred regarding whether Plaintiff exhausted his administrative remedies.

THEREFORE, it is hereby stipulated, by and between Plaintiff and Defendant, through their undersigned attorneys, as follows:

1.     Plaintiff filed a Complaint with the Occupational Safety and Health Administration ("OSHA") on April 28, 2020 ("OSHA Complaint");

2.     Any alleged adverse actions pled in Plaintiff's OSHA Complaint that occurred or Plaintiff became aware of on or after October 31, 2019 (180 days prior to April 28, 2020) are timely and adequately exhausted;

3.      The operative complaint in this action (ECF 21 ("First Amended Complaint")) satisfies the administrative exhaustion requirement under SOX as to the alleged adverse actions that occurred or Plaintiff became aware of on or after October 31, 2019; and

4.      The parties continue to reserve and assert all their rights and arguments regarding the First Amended Complaint, including as set forth in the parties' briefing on the pending motion to dismiss.


January 10, 2022                                    Respectfully submitted,

*/s/ Richard D. Emery*                              */s/ Sarah E. Bouchard*
Richard D. Emery                                   Sarah E. Bouchard (**pro hac vice*)
O. Andrew F. Wilson                                MORGAN, LEWIS & BOCKIUS LLP
Samuel Shapiro                                     1701 Market Street
Emma L. Freeman                                    Philadelphia, PA 19103
EMERY CELLI BRINCKERHOFF ABADY                     Phone: (215) 963-5000
WARD & MAAZEL LLP                                  Fax: (215) 963-5001
600 Fifth Avenue, 10th Floor                       sarah.bouchard@morganlewis.com
New York, NY 10020
Phone:  (212) 763-5000                             Gina F. McGuire
Fax:  (212) 763-5001                               101 Park Avenue
                                                   New York, NY 10178
*Attorneys for Plaintiff*                          Phone: (212) 309-6000
                                                   Fax: (212) 309-6001
                                                   gina.mcguire@morganlewis.com

                                                   *Attorneys for Defendant*


IT IS SO ORDERED.


Dated: _____          _____
                                 JUDGE JOHN G. KOELTL
                                 UNITED STATES DISTRICT JUDGE

2