UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONALD TURNBULL,

              Plaintiff,        21-cv-3217 (JGK)

- against -                ORDER

JPMORGAN CHASE & CO.,

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court has signed the stipulation and will proceed to decide the motion to dismiss.

SO ORDERED.
Dated:    New York, New York
          January 11, 2022

                                        John G. Koeltl
                                United States District Judge