```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

DONALD TURNBULL,

                Plaintiff,

    - against -                      21-cv-3217 (JGK)

JPMORGAN CHASE & CO.,             ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The plaintiff sought to redact certain portions of this Court's Memorandum Opinion and Order dated February 24, 2022. The Opinion is plainly a judicial document and entitled to a presumption of openness. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 121 (2d Cir. 2006). There is no compelling reason to redact the Court's public Opinion because the references that the plaintiff seeks to redact are integral to the Court's Opinion and, as the defendant points out without contradiction, are accessible from other sources. The motion to redact portions of the opinion is therefore **denied**.

SO ORDERED.

Dated:    New York, New York
           February 28, 2022

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                United States District Judge