```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DONALD TURNBULL,
                Plaintiff,

    - against -                    21-cv-3217 (JGK)

JPMORGAN CHASE & CO.,            <u>ORDER</u>
                Defendant.

JOHN G. KOELTL, District Judge:

    The Second Amended Complaint, previously filed on the public docket without redactions at ECF No. 41, should be sealed. The Clerk is directed to seal ECF No. 41 and the parties are directed to submit the proposed order indicated in ECF No. 44.

SO ORDERED.
Dated:    New York, New York
         April 7, 2022

                                        John G. Koeltl
                             United States District Judge