UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONALD TURNBULL,

                Plaintiff,

    - against -

JPMORGAN CHASE & CO.,

                Defendant.

21-cv-3217(JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by telephone for oral argument on **October 4, 2022 at 3:30 p.m.** regarding the pending motion to dismiss.

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            September 20, 2022

                                                John G. Koeltl
                                   United States District Judge