UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD TURNBULL,

                Plaintiff,

                21-cv-3217 (JGK)

    - against -

                ORDER

JPMORGAN CHASE & CO.,

                Defendant.

JOHN G. KOELTL, District Judge:

    The defendant should answer the plaintiff's Second Amended Complaint, ECF No. 41, by **November 18, 2022**.

    The parties are directed to submit a Rule 26(f) report thereafter by **December 2, 2022**.

SO ORDERED.

Dated:    New York, New York
           October 17, 2022

                                    John G. Koeltl
                             United States District Judge